UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OFFICE OF THE CLERK

U.S COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

FRANCIS E. DOSAL, CLERK
RHK/SRN
(612) 664-5000

Case Number: 02-CV-798
RHK/SRN

PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, Erin K. Turner, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Chad L. Mowery, an attorney not admitted to the bar of this court, who will be counsel for the defendant Noise Suppression Technologies, Inc. in the cause listed below. I am aware that the Local Rules of this Court require that I participate in the preparation and presentation of this case, and that I accept service of all papers served.

7-30-2002 (Date)

Erin K. Turner (Signature)

Minnesota Attorney
License Number 305923

Law Firm: Faegre & Benson LLP
Suite/Bldg: 2200 Wells Fargo Center
Street Address: 90 South Seventh Street
City, State Zip: Minneapolis, Minnesota 55402
Telephone: (612) 766-7000

Affidavit of Proposed Admittee

I, Chad L. Mowery, am currently a member in good standing of the Bar of the State of Ohio and have been since 2000. I am also a member in good standing of the bar of the U.S. District Court for the Southern District of Ohio, and have been since 2001. However, I am not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number 02-CV-798 Judge Assigned: Richard H. Kyle
Case Title: Architectural Surfaces, Inc v Noise Suppression Technologies, Inc.

| | | |
|---|---|---|
| 7/26/02 | Chad L. Mowery | Chad L. Mowery |
| (Date) | (Type/Print Name) | (Signature) |
| [redacted] | 0073034 | 2000 |
| (Social Security No.) | (Atty License No) | (Date of Admission) |

Law Firm: Porter, Wright, Morris & Arthur LLP
Street Address: 41 South High Street
City, State Zip: Columbus, Ohio 43215-6194
Telephone: 614-227-2000

Motion Granted: Richard H. Kyle
For the Court, ~~Francis E. Dosal~~, Clerk mmc

JUL 30 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

JUL 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK