UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARCHITECTURAL SURFACES INC.,

Plaintiff,

vs

CV 02-798 RHK/SRN

NOISE SUPPRESSION TECNOLOGIES INC.,

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 30 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

OCT 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK